BDB:JJT:nl

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:16-CR-322 |
| v. | ) |
| | ) ( Rambo , J.) |
| KEVIN DWIGHT HOLLAND, | ) |
| Defendant. | ) |

INDICTMENT

FILED
HARRISBURG, PA
NOV 0 2 2016

COUNT I

Possession of Cocaine Base with the Intent to Distribute
Title 21, United States Code, Section 841

THE GRAND JURY CHARGES THAT:

On or about February 8, 2016, within the Middle District of Pennsylvania and elsewhere, Defendant

KEVIN DWIGHT HOLLAND

did knowingly and intentionally possess with the intent to distribute and dispense 28 grams and more of a mixture and substance which contains cocaine base.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT II

### Using, Carrying, or Possessing a Firearm During and in Relation to a Crime of Violence or Drug Trafficking Crime
### Title 18, United States Code, Section 924(c)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 8, 2016, within the Middle District of Pennsylvania and elsewhere, Defendant

### KEVIN DWIGHT HOLLAND

did knowingly carry and use a firearm, that is, a Springfield XD, .40 caliber handgun with serial number XD373933, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possessing with intent to deliver crack cocaine, in violation of 21 U.S.C. § 841(a).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT III

### Felon in Possession of Firearm
### Title 18, United States Code, Section 922(g)(1)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 8, 2016, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

### KEVIN DWIGHT HOLLAND,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Springfield XD, .40 handgun and ammunition, serial number XD373933, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1).

A TRUE BILL



FOREPERSON, GRAND JURY

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

By: *(signature)*       11/2/16
JOSEPH J. TERZ      DATE
ASSISTANT U.S. ATTORNEY