BDB:JJT:nl

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:16-CR-322 |
| | ) | |
| v. | ) | |
| | ) | ( Rambo, J.) |
| KEVIN DWIGHT HOLLAND, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
HARRISBURG
NOV 2 2016
PER _____
DEPUTY CLERK

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE, THE JUDGES OF SAID COURT:

Bruce D. Brandler, United States Attorney for the Middle District of Pennsylvania, respectfully submits this Petition for Writ of Habeas Corpus Ad Prosequendum. The grounds for this Petition are as follows:

1. There is pending in this Court a criminal case charging Defendant **Kevin Dwight Holland,** with violations of Title 21, United States Code, Sections 841(a)(1) and 841(a)(1), possession of cocaine base with intent to distribute; Title 18, United States Code, Sections 924(c)(1)(A), using, carrying, or possessing a firearm during and in relation to a crime of violence or drug trafficking crime; and Title 18, United States Code, Sections 922(g)(1), felon in possession of firearm.

2. Defendant Kevin Dwight Holland, Prisoner No. 79139, is in the custody of the Warden of Dauphin County Prison by virtue of certain writs, judgments and commitments, copies of which the United States is unable to attach because the writs, judgments and commitments are in the possession of the Warden of Dauphin County Prison.

WHEREFORE, the United States of America respectfully request that the Court issue a writ of habeas corpus ad prosequendum to have Defendant Kevin Dwight Holland brought before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Courtroom ___, in Harrisburg, Pennsylvania, on _____, 2016, at 9:30 a.m. for a hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        BRUCE D. BRANDLER
        United States Attorney


        <u>s/ Joseph J. Terz</u>
        Joseph J. Terz
        Assistant U.S. Attorney
        228 Walnut Street, Suite 220
        P.O. Box 11754
        Harrisburg, Pennsylvania  17108
        Attorney ID. No. PA 55480
        (717) 221-4482
        (717) 221-4493 (Facsimile)
        joseph.terz@usdoj.gov

Dated:   November 2, 2016