FILED
HARRISBURG

NOV 8 2016

PER_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | 1:16-CR-00322-1-SHR |
| vs. | : | |
| KEVIN DWIGHT HOLLAND, | : | ORDER APPOINTING COUNSEL |
| Defendant. | : | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court finds that the Defendant financially qualifies for court-appointed counsel, therefore,

IT IS ORDERED that Wendy J.F. Grella is hereby appointed to represent Defendant, Kevin Dwight Holland.

DATED this 8th day of November, 2016.

_____
Martin C. Carlson
United States Magistrate Judge