FILED
HARRISBURG

NOV 8 2016

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:16-CR-00322 |
| v. | : | |
| KEVIN DWIGHT HOLLAND, | : | |
| Defendant | : | |

## P L E A

AND NOW, this 8th day of November, the within named defendant, hereby enters a plea of Not Guilty to the within indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)