IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-322 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| KEVIN HOLLAND, | : | |
| Defendant | : | |

### ORDER OF COURT

AND NOW this _____ day of November, 2016, upon presentation and consideration of Defendant's Unopposed Motion to Extend Pretrial Motions Deadline and Continue Jury Selection and Trial, IT IS HEREBY ORDERED AND DECREED that the motion is **GRANTED.**

In continuing trial in this matter, the Court specifically finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A). Accordingly, it is hereby **ORDERED** that:

1. This case is stricken from the January 3, 2017 trial term.

2. Trial in this matter is **SCHEDULED** to commence with the selection of the jury on February_____, 2017, at 9:30 a.m., in Courtroom # ____, United States Courthouse and Federal Building, Harrisburg, Pennsylvania.

3. The period of time from the signing of this Order to the rescheduled date of the trial shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h).

4. Pretrial Motions, if any, shall be due on or before _____, 2017.

BY THE COURT:

_____
Sylvia H. Rambo
Judge, United States District Court