IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:16-cr-322** |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN DWIGHT HOLLAND** | : | **Judge Sylvia H. Rambo** |

## O R D E R

Presently before the court is Defendant's Omnibus Pretrial Motion to Suppress, which was filed on April 10, 2017. (Doc. 21.) Trial in this matter is currently scheduled for May 8, 2017. However, the court's schedule cannot accommodate a hearing on the instant motion prior to the date set for trial. The court therefore concludes that, under these circumstances, a continuance of the trial date is warranted and that an extension of time outweighs the interests of the public and Defendant in a speedy trial.  Accordingly, **IT IS HEREBY ORDERED THAT**:

1. A hearing on the motion to suppress will be held on Monday, May 8, 2017 at 1:30 p.m.

2. Jury selection is continued from May 8, 2017 to Monday, June 5, 2017 at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

3. The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

                                                          s/Sylvia H. Rambo
                                                          SYLVIA H. RAMBO
                                                          United States District Judge

Dated: April 11, 2017