BDB:JJT:nl

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIM. NO. 1:16-CR-00322 |
| | ) |
| v. | ) |
| | ) (RAMBO, J.) |
| KEVIN DWIGHT HOLLAND, | ) |
| | ) |
| Defendant. | ) (ELECTRONICALLY FILED) |

<u>PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM</u>

TO THE HONORABLE, THE JUDGES OF SAID COURT:

     Bruce D. Brandler, United States Attorney for the Middle District of Pennsylvania, respectfully submits this Petition for Writ of Habeas Corpus Ad Prosequendum. The grounds for this Petition are as follows:

     1.    There is pending in this Court a criminal case charging Defendant **Kevin Dwight Holland,** with violations of Title 21, United States Code, Sections 841(a)(1) and 841(a)(1), possession of cocaine base with intent to distribute; Title 18, United States Code, Sections 924(c)(1)(A), using, carrying, or possessing a firearm during and in relation to a crime of violence or drug trafficking crime; and Title 18, United States Code, Sections 922(g)(1), felon in possession of firearm.

     2.  Defendant Kevin Dwight Holland, Prisoner No. LF2233, is in the custody of the Warden of SCI Coal Township by virtue of certain writs, judgments and commitments, copies of which the United States is unable to attach because the writs, judgments and commitments are in the possession of the Warden of SCI Coal Township.

     **WHEREFORE**, the United States of America respectfully request that the Court issue a writ of habeas corpus ad prosequendum to have

Defendant Kevin Dwight Holland brought before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Courtroom 3, in Harrisburg, Pennsylvania, on **May 8, 2017, at 1:30 p.m.** for a hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                BRUCE D. BRANDLER
                United States Attorney

                s/ Joseph J. Terz
                Joseph J. Terz
                Assistant U.S. Attorney
                228 Walnut Street, Suite 220
                P.O. Box 11754
                Harrisburg, Pennsylvania  17108
                Attorney ID. No. PA 55480
                (717) 221-4482
                (717) 221-4493 (Facsimile)
                joseph.terz@usdoj.gov

Dated:  May 4, 2017