UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

Vs

KEVIN HOLLAND

NO. 1:16-CR-322

FILED
HARRISBURG, PA
SEP 20 2017
Dm

MOTION FOR APPOINTMENT OF NEW COUNSEL

AND NOW COMES THE DEFENDANT, KEVIN HOLLAND, AND RESPECTFULLY MOVES THIS HONORABLE COURT TO REMOVE COURT APPOINTED COUNSEL, WENDY J.F. GRELLA ON THE GROUNDS OF INEFFECTIVE ASSISTANCE OF COUNSEL. IN SUPPORT THEREOF, IT IS AVERRED AS FOLLOWS:

1. I CAN'T NEVER GET IN CONTACT WITH HER

2. SHE HAVEN'T BEEN TO SEE ME SINCE I BEEN COLUMBIA COUNTY PRISON

3. SHE TOLD ME AM GOING TO LOSS IF I GO TO TRIAL

4. I TOLD HER I WANT TO GO TO TRIAL AND HAS NOT BEEN OUT HERE TO PREPRATION ON HOW I WOULD LIKE TO GO ABOUT IT SHE JUST KEEP COMING AT ME WITH PLEA'S THAT I FEEL IS NOT THE BEST FOR ME

5. SHE JUST DONT SEEM'S TO HAVE MY BEST INTEREST WITH MY FREEDOM.

WHEREFORE, THE DEFENDANT KEVIN HOLLAND, respectfully request this Honorable Court to appoint new counsel

Respectfully Submitted
*Kevin Holland*
KEVIN HOLLAND

Nevin Holland
721 Iron street
Bloomsburg, PA 17815

Clerck OF Courts
228 walnut street
Harrisburg PA, 17101

RECEIVED
HARRISBURG, PA
SEP 20 2017

1710131727