IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Crim. No. 1:16-cr-0322 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KEVIN DWIGHT HOLLAND | : | Judge Sylvia H. Rambo |

## O R D E R

Before the court is a motion for appointment of new counsel filed by Defendant Kevin Holland, *pro se*. Defendant apparently insists on going to trial, against his counsel's advice.

Based on the evidence presented at a suppression hearing held on May 8, 2017, this court is not inclined to find that counsel's advice can be considered ineffective. However, counsel should make an inquiry of Defendant as to how he intends to present his defense if he goes to trial.

**IT IS THEREFORE ORDERED** that Defendant's motion for new counsel (Doc. 38) is **DENIED**.[1]

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: September 21, 2017

---

[1] Counsel is also advised to supply Defendant with a copy of this court's memorandum and order dated May 16, 2017. (Docs 31& 32.)