IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-322 |
| v. | : | (Judge Rambo) |
| KEVIN HOLLAND, | : | |
| Defendant | : | |

# NOTICE OF INTENT TO PLEAD GUILTY
# WITHOUT A PLEA AGREEMENT

AND NOW, this 26th day of September, 2017, comes the above-named defendant, Kevin Holland, by and through his court-appointed counsel, Wendy J. F. Grella, Esquire and files this Notice of Intent to Plead Guilty without a Plea Agreement.

Respectfully Submitted,

s/Wendy J. F. Grella
Wendy J. F. Grella, Esquire
Attorney for Defendant
Sup. Ct. I.D. #85164
1119 North Front Street
Suite 1
Harrisburg, PA 17102
(717) 576-0549

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of September, 2017, I caused the foregoing document to be filed via ECF and that Assistant United States Attorney Joseph Terz is a filing user under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document, and no additional service upon the filing user is required.

Date: September 26, 2017        s/Wendy J. F. Grella_____
                                Wendy J. F. Grella, Esquire
                                ID- PA85164
                                1119 North Front Street
                                Suite 1
                                Harrisburg, PA   17102
                                (717) 576-0549