IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-0322-01 |
| vs. | : | |
| KEVIN DWIGHT HOLLAND | : | |

## MOTION TO WITHDRAW PLEA

Now this 2nd day of October, 2017, the defendant in the above-captioned matter hereby moves the Court to be permitted to withdraw his plea of not guilty and to enter a plea of guilty to the 3-Count Indictment.



_____
Defendant

_____
Defendant's Counsel

## ORDER

Now this 2nd day of October, 2017, the motion to withdraw plea is granted.

_____
Sylvia H. Rambo, Judge
Middle District of Pennsylvania

## PLEA

Now this 2nd day of October, 2017, I, KEVIN DWIGHT HOLLAND hereby withdraw my plea of not guilty and plead guilty to the 3-Count Indictment.

_____
Defendant

_____
Defendant's Counsel