IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-322 |
|---|---|---|
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| KEVIN HOLLAND, | : | |
| Defendant | : | |


## **NOTICE OF APPEAL**

Notice is hereby given that Defendant, Kevin Holland, hereby appeals to the United

States Court of Appeals for the Third Circuit from the Judgment of Conviction and Sentence

entered in the Middle District of Pennsylvania by The Honorable Sylvia H. Rambo in

Harrisburg, Pennsylvania on June 12, 2018.


Respectfully submitted,


s/Wendy J. F. Grella_____
Wendy J. F. Grella, Esquire
ID- PA85164
1119 North Front Street
Suite 1
Harrisburg, PA     17102
(717) 576-0549

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :      CRIMINAL NO. 1:16-CR-322
                              :
              v.              :      (Judge Rambo)
                              :
KEVIN HOLLAND,                :
              Defendant       :


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of June, 2018, I caused the

foregoing document to be filed via ECF and that Assistant United States Attorney Joseph Terz is

a filing user under the ECF system. Upon the electronic filing of a pleading or other document,

the ECF system will automatically generate and send a Notice of Electronic Filing to all filing

users associated with this case. Electronic service by the Court of the Notice of Electronic Filing

constitutes service of the filed document, and no additional service upon the filing user is

required.




Date: June 26, 2018              s/Wendy J. F. Grella_____
                                 Wendy J. F. Grella, Esquire
                                 ID- PA85164
                                 1119 North Front Street
                                 Suite 1
                                 Harrisburg, PA     17102
                                 (717) 576-0549