IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-322 |
| --- | --- | --- |
| v. | : | (Judge Rambo) |
| KEVIN HOLLAND, Defendant | : | |

## **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

**AND NOW**, this 26th day of June, 2018, comes Petitioner, Wendy J. F. Grella, Esquire, and in support of this Motion to Withdraw as Counsel avers the following:

1. Petitioner, Wendy J. F. Grella, Esquire was Court appointed to represent Defendant, Kevin Holland, in the above-captioned matter.

2. The Defendant was sentenced on June 12, 2018. Following sentencing undersigned counsel and Mr. Holland discussed his request that new counsel be appointed to handle his appeal.

3. Petitioner, Wendy J. F. Grella, Esquire submitted a Notice of Appeal to the Clerk of Court's Office on this date on behalf of Defendant, Kevin Holland.

4. Neither the Defendant nor undersigned counsel wish to continue an attorney-client relationship.

5. Further, at the time of his suppression hearing, Mr. Holland requested new counsel be appointed to represent him which request was denied by Your Honorable Court.

6. Accordingly, undersigned counsel seeks to withdraw as counsel in the above-captioned matter and Defendant, Kevin Holland, requests that new counsel be appointed to pursue his appeal.

7. Undersigned counsel received an email on June 26, 2018 from Assistant United States Attorney Joseph Terz which indicated he concurs in undersigned counsel's Motion.

**WHEREFORE**, Petitioner, Wendy J. F. Grella, Esquire, respectfully requests this Honorable Court permit her to withdraw as counsel in the above-captioned matter and to appoint new counsel to pursue the appeal in this matter.

Respectfully submitted,

s/ Wendy J. F. Grella, Esquire
Wendy J. F. Grella, Esquire
Attorney for Defendant
Sup. Ct. I.D. #85164
1119 North Front Street
Suite 1
Harrisburg, PA    17102
(717) 576-0549

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-322 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| KEVIN HOLLAND, | : | |
| Defendant | : | |

**CERTIFICATE OF CONCURRENCE**

    I, Wendy J. F. Grella, Esquire hereby certify that on Tuesday, June 26, 2018, undersigned counsel received an email from Assistant United States Attorney Joseph Terz which indicated his concurrence with petitioner's request.


DATE: June 26, 2018                s/Wendy J. F. Grella, Esquire
                                                Wendy J. F. Grella, Esquire
                                                1119 North Front Street
                                                Suite 1
                                                Harrisburg, PA    17102
                                                (717) 576-0549

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of June, 2018, I caused the foregoing document to be filed via ECF and that Assistant United States Attorney Joseph Terz is a filing user under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document, and no additional service upon the filing user is required.

Date: June 26, 2018

        s/Wendy J. F. Grella_____
        Wendy J. F. Grella, Esquire
        ID- PA85164
        1119 North Front Street
        Suite 1
        Harrisburg, PA    17102
        (717) 576-0549