To whom it may concern

**FILED**
HARRISBURG, PA

SEP 14 2018

Per _____ AAA _____
Deputy Clerk

Criminal No: 1:16-CR-322
(Judge Rambo)

I am writting this letter in regards to whom my new appeal attorney may be. I was told my case was going to be assigned to a new attorney I have yet to hear from whom that person may or may not be I would like to know what's going on so I can speak to them concerning my appeal so I know what's going on

Federal correctional Institution - Hazelton
Kevin Holland - 75499-067
P.O. Box 5000
Bruceton Mills WV, 26525

Federal Correctional Institution #75499-067
Quin Holland 75499-067
P.O. Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
12 SEP 2018 PM 2 L

FCC Hazelton
Hazelton, WV
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information of clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosure to the above address.

legal mail

U.S. District Court
Middle District Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg PA, 17101

RECE
HARRISI
SEP 1
PER
DEPU

17108-098383