UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:16-CR-00322 |
| | ) | |
| v. | ) | |
| | ) | (Judge Mehalchick) |
| KEVIN DWIGHT HOLLAND, | ) | |
| Defendant. | ) | Electronically Filed |

## ORDER

**AND NOW** this ____ day of _____ 2025, upon consideration of the Government's Second Motion for Extension of Time to Respond to Defendant's Motion for Return of Property, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

The Government shall file their response to Defendant's Motion on or before Friday, May 2, 2025.

_____
KAROLINE MEHALCHICK
United States District Judge