# AFFIDAVIT OF ATF SPECIAL AGENT MICHAEL O'DONNELL

I Michael O'Donnell, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of the United States' Response to Kevin Holland's Motion for Return of Property.
2. I am the Resident Agent in Charge of the ATF, Harrisburg, Pennsylvania Field Office.
3. At the request of the United States Attorney's Office, I accessed and read the ATF Case Management System for *US v. Holland*, 1:16-CR-00322.
4. The ATF Case Management System has a section which is used to log evidence transferred to ATF's custody. There are no entries in the Case Management System that indicate that ATF took custody of any evidence in *US v. Holland.*
5. The Case Management System for *US v. Holland* contains two reports, the initial case opening/adoption report and a firearms interstate nexus report.

I declare under penalty of perjury that the statements contained herein are true and correct to the best of my knowledge and belief.

MICHAEL ODONNELL
Digitally signed by MICHAEL ODONNELL
Date: 2025.05.05 14:16:27 -04'00'

Michael O'Donnell
Resident Agent in Charge
ATF-Harrisburg Field Office
Philadelphia Field Division

EXHIBIT 1