# EVIDENCE CONTROL TAG

**TAG #:** 13291

**OFFENSE:** PWI (Drug Offense)   **INCIDENT #:** C16-0002231
**OFFICER:** Brown   **I.D. #:** 106

**E.C.O. OFFICE USE ONLY:** ATF ETRACE 2/10/16
**BIN:** 1B1/1034B/4B2 ~~the 6A0~~   **LAB:** PSP LAB # H16-01274

| ITEM # | DESCRIPTION | TYPE | VALUE |
|---|---|---|---|
| 1 | 3 fist size bags of crack / 1 small bag of crack = APPROX. 4 ounces | K | $0 |
| 2 | Cash = $1,332.00 | A | $1,332.00 |
| 3 | Springfield XD (40 cal) - serial # XD373933 (black) | G | $0 |
| 4 | White LG MetroPCS cell phone | F | $0 |
| 5 | Blue LG cell phone | F | $0 |
| 6 | Blue/Black AT&T flip phone | F | $0 |
| 7 | Small amount of marijuana (cigar wrapper) (roach) | K | $0 |

**DATE AND TIME RECEIVED:** 2/8/2016 @ 2353 hours
**FROM WHOM: / WHERE:** Morgan Wylie & Kevin Holland
3919 North Front St., Days Inn, Harrisburg, PA
**PROPERTY OWNER:** Morgan Wylie & Kevin Holland

**TELEPHONE:** H (___) _____   W (___) _____
**OWNER:** ☑ ACCUSED  ☐ VICTIM  ☐ OTHER
☐ PROCESSING  ☑ MAINTAIN AS EVIDENCE  ☐ RETURN TO OWNER

INV-20   USE BALL POINT – PRINT & PRESS HARD

13291

EXHIBIT 2

| ACCEPTED CUSTODY | DATE | TIME | RELEASED CUSTODY | DATE | TIME | ITEM NUMBERS | REASON FOR TRANSFER |
|---|---|---|---|---|---|---|---|
| C.S. R___ | 2/9/16 | 0830 | KMScott | 02/16/16 | 1322 | 3 | PSP LAB BALLISTICS |
| PSP LAB | 02/16/16 | 1322 | KMScott | 03/01/16 | 0949 | 1&7 | PSP LAB - DRUG ID |
| PSP LAB | 03/01/16 | 0949 | PSP LAB | 05/13/16 | 1133 | 1&7 | RETURNED |
| KMScott | 5/13/16 | 1133 | KMScott | 10/06/16 | 1536 | 2 | TO CID |
| ___ | 10-6-16 | | PSP LAB | 11/07/16 | 1302 | 3 | RETURNED |
| KMScott | 11/07/16 | 1302 | KMScott | 12/08/16 | 1300 | 1,3-7 | DESTROYED |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Separately packaged items REQUIRE an evidence control tag attached to it. This may be a copy of the original tag — highlighting the specific evidence contained within the package.

### PROPERTY TYPE CODES

- A  CURRENCY, NOTES, CHECKS, ETC.
- B  JEWELRY, PRECIOUS METALS
- C  CLOTHING AND FURS
- D  LOCALLY STOLEN MOTOR VEHICLE
- E  OFFICE EQUIPMENT (COMPUTERS)
- F  TV'S, RADIOS, CAMERAS, ELECTRONICS
- G  FIREARMS
- H  HOUSEHOLD GOODS, TOOLS
- I  CONSUMER GOODS
- J  LIVESTOCK
- K  MISCELLANEOUS
- L  BICYCLES